# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**SHONE EDWARD HANDSHAW, # 39466**      **PLAINTIFF**

**v.**      **CIVIL NO. 1:19cv821-HSO-JCG**

**BILOXI POLICE DEPARTMENT, et al.**      **DEFENDANTS**

## FINAL JUDGMENT

This matter is before the Court sua sponte. Pursuant to the Order issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that, this case is **DISMISSED**. The claims against Defendants Biloxi Police Department and City of Biloxi are **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim. The claims against the John Doe Defendants are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 6th day of February, 2020.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE